UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| **FLANDREAU SANTEE SIOUX TRIBE, a** federally-recognized Indian tribe, </br></br> Plaintiff, </br></br> v. </br></br> **STATE OF SOUTH DAKOTA; et al.,** </br></br> Defendants. | **Civil No. 07-CV-04040** </br></br> **CERTIFICATE OF SERVICE** |

On November 1, 2010, counsel for Plaintiff sent via Federal Express overnight mail a true and correct copy of Plaintiff's Expert Reports, consisting of: 1) William V. Ackerman, Ph.D., attached at Bates Nos. "Ackerman 000001 – 000069"; 2) KlasRobinson Q.E.D., attached at Bates Nos. "Klas 000001 – 000007"; and 3) Jonathan Taylor, attached at Bates Nos. "Taylor 000001 – 000048," to the following:

Richard M. Williams
William H. Golden
Assistant Attorneys General
Office of the Attorney General
1302 E. Hwy 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605)-773-3215
Fax: (605)-773-4106
rich.williams@state.sd.us
William.Golden@state.sd.us

Dated this 1st day of November, 2010.

        FLANDREAU SANTEE SIOUX TRIBE,
        Plaintiff,


By   /s/ Ronald A. Parsons, Jr.
Steven M. Johnson
Shannon R. Falon
Ronald A. Parsons, Jr.
JOHNSON, HEIDEPRIEM & ABDALLAH LLP
P.O. Box 2348
Sioux Falls, SD 57101-2348
Telephone: (605) 338-4304
Fax: (605) 338-4162

Shilee T. Mullin, *Pro Hac Vice*
FREDERICKS PEEBLES & MORGAN, LLP
3610 North 163rd Plaza
Omaha, NE 68116
Telephone: (402) 333-4053
Fax: (402) 333-4761
sthinelk@ndnlaw.com
smullin@ndnlaw.com

John M. Peebles, *Pro Hac Vice*
John Nyhan, *Pro Hac Vice*
FREDERICKS PEEBLES & MORGAN, LLP
1001 Second Street
Sacramento, California 95814
Telephone: (916) 441-2700
Fax: (916) 441-2067
jpeebles@ndnlaw.com
jnyhan@ndnlaw.com